540 A.2d 1363

**DISTRICT COUNCIL NO. 33, American Federation of State, County and Municipal Employees, et al., Petitioners,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, et al., Respondents,**

and

**James Sutton, et al., Respondents–Intervenors.**

Supreme Court of Pennsylvania.

May 10, 1988.

Richard A. Sprague, J. Shane Creamer, Pamela W. Higgins, Geoffrey R. Johnson, Phillip I. Weinberg, Randi J. Vladimer, Howard K. Goldstein, James E. Beasley, Philadelphia, for petitioners.

Arthur Makadon, Howard J. Kaufman, Douglas Evan Ress, Philadelphia, for respondents.

Joseph A. Yablonski, Washington, D.C., for delegates.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM.

AND NOW TO WIT, this 10th day of May, 1988 the Petition for Review in the nature of a Writ of Prohibition is

Denied. The Petition for the Exercise of Extraordinary Jurisdiction is Granted. The Orders of the lower court are vacated, the action dismissed and the election is to proceed as directed by the International Union (American Federation of State, County and Municipal Employees, AFL–CIO) under the supervision of the American Arbitration Association.

The Stay entered by this Court on May 9, 1988 is dissolved.

LARSEN, J., concurs in the grant of plenary jurisdiction, but would direct that District Council 33, American Federation of State, County and Municipal Employees, AFL–CIO, conduct its own election without any interference from the International Union (American Federation of State, County and Municipal Employees, AFL–CIO).

· McDERMOTT, J., did not participate in the consideration or decision of this matter.